# CASE ANNOUNCEMENTS

*February 19, 2010*

[Cite as *02/19/2010 Case Announcements*, 2010-Ohio-552.]

## MOTION AND PROCEDURAL RULINGS

**1995–0112.   State v. Benge.**
Butler App. No. CA93–06–116. This cause came on for further consideration upon appellee's motion to set execution date. Upon consideration thereof,

It is ordered by the court that the motion is granted.

It is further ordered that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, October 6, 2010, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said warden shall make due return thereof to the Clerk of the Court of Common Pleas of Butler County.

**2009–2022.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 08–917–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion to supplement the record filed by the Office of the Ohio Consumers' Counsel,

It is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*February 19, 2010*

[Cite as *02/19/2010 Case Announcements #2*, 2010-Ohio-583.]

## MOTION AND PROCEDURAL RULINGS

**2009–0739.   State v. Wesson.**
Summit C.P. No. CR2008030710. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Summit County. Upon consideration of appellant's motion for stay of execution scheduled for February 25, 2010,

It is ordered by the court that the motion is granted pending final disposition of this appeal.